IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER,**                                                                                          **PLAINTIFF**

v.                              **CASE NO: 4:22CV00273-JM-JTK**

**DOES,** *et al*.                                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney on May 4, 2022. (Doc. 19). After carefully considering Mr. Frazier's timely filed objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claim that Defendant Etherly denied Plaintiff a meal on one day is DISMISSED for failure to state a claim on which relief may be granted.

2. With the exception of Plaintiff's excessive force claim against Defendant Etherly, Plaintiff remaining claims are DISMISSED without prejudice as improperly joined.

3. All Defendants, except Defendant Etherly, are DISMISSED without prejudice as improperly joined.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO RECOMMENDED this 9th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE