# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER,**                                                                                                        **PLAINTIFF**

**v.**                      **CASE NO. 4:22CV00273-JM-JTK**

**DOES,** *et al*.                                                                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney on May 13, 2022. After making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 20) is DENIED without prejudice.

IT IS SO RECOMMENDED this 9th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE