IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER,**                                                             **PLAINTIFF**

v.                              **CASE NO. 4:22CV00273-JM-JTK**

**DOES,** *et al*.                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Relief (Doc. No. 35) is DENIED without prejudice.

DATED this 20th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE