# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CARLOS RAY FRAZIER,                                                                                         PLAINTIFF

v.                                            4:22CV00273-JM-JTK

DOES, et al.                                                                                                      DEFENDANTS

## ORDER

Having reviewed Carlos Ray Frazier's ("Plaintiff") Amended Complaint (Doc. No. 15) for screening purposes,[1] the Court ordered service of Plaintiff's excessive force claim (Id. at 6) against Defendant Etherly.  (Doc. No. 18).  On June 7, 2022, summons was returned unexecuted with a sticker that reads: "return to sender[,] attempted – not known[,] unable to forward."  (Doc. No. 24).

Plaintiff identified Etherly as "Sheriff," and did not provide a first name.  Public records reveal that Delecus Etherly has been sued in his official capacity as a Sergeant at the W.C. Dub Brassell Adult Detention Center.  Carter v. Etherly, 4:20-cv-01069-LPR (E.D. Ark.).  The Court attempted service on Delecus Etherly, but the summons again was returned unexecuted.  (Doc. No. 39).

Plaintiff now has provided an address for Defendant Etherly.  (Doc. No. 42).  The Court will attempt service a third time.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Delecus Etherly.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 15), Summons, and this Order on Defendant Etherly without prepayment of

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).

fees and costs or security therefore. Service should be attempted at 3900 N.C.T.R. Rd., Jefferson, AR 72079.

IT IS SO ORDERED this 31st day of August, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE