IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                         **PLAINTIFF**

v.                                 **Case No. 4:22-CV-00273-JM**

**DOES**, *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE